**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00218-CV**

_____

**DOLE FOOD COMPANY, INC., Appellant**

**V.**

**EMPERATRIZ MARINA MENDOZA GOMEZ, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-12-13780 CV**

**MEMORANDUM OPINION**

The appellant, Dole Food Company, Inc., filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 23, 2015
Opinion Delivered September 24, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.